1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  VOLLIE BARKSDALE,

11          Plaintiff,                    No. CIV S-10-3360 EFB P

12      vs.

13  WILLIAM MAAS,
                                          ORDER AND
14          Defendant.                    FINDINGS AND RECOMMENDATIONS
    _____/

15

16      On January 4, 2011, the court found that plaintiff's application to proceed *in forma*

17  *pauperis* did not include a certified copy of his trust account statement or the institutional

18  equivalent, as required by 28 U.S.C. § 1915(a)(2).  Accordingly, the court ordered plaintiff to

19  submit the required trust account statement within thirty days and warned him that failure to do

20  so would result in a recommendation that this action be dismissed.

21      The 30-day period has expired and plaintiff has not filed the required trust account

22  statement or completed affidavit, nor otherwise responded to the court's order.

23      Accordingly, it is hereby ORDERED that the Clerk randomly assign a United States

24  District Judge to this case.

25  ////

26  ////

                                          1

1    Further, it is RECOMMENDED that this action be dismissed without prejudice.

2    These findings and recommendations are submitted to the United States District Judge

3  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

4  after being served with these findings and recommendations, any party may file written

5  objections with the court and serve a copy on all parties.  Such a document should be captioned

6  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

7  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

8  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

9  Dated:  March 15, 2011.

10

11                          EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26